| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* 95 CR 1024 (MGC) |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR06-04 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Barrett Monroe   Wilmington, DE 19802   REDACTED | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Miriam Goldman Cedarbaum | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 2, 2004 | TO November 1, 2009 |

OFFENSE

Possession With Intent to Distribute Crack Cocaine, 21 USC 812, 841(a)(1), 841(b)(1)(A), a Class A Felony; and Possession With Intent to Distribute Cocaine, 21 USC 812, 841(a)(1), 841(b)(1)(C), a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 14, 2005
Date

*/s/ Miriam Goldman Cedarbaum*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Delaware

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge