


**U. S. DISTRICT COURT**
**U. S. PROBATION & PRETRIAL SERVICES**
**DISTRICT OF DELAWARE**

**ELLEN J. KRAUSE**
Chief U. S. Probation Officer

MAIL ADDRESS:
J. CALEB BOGGS FEDERAL BLDG.
LOCKBOX #39
844 KING STREET
WILMINGTON, DE 19801-3588

January 17, 2006

CENTRAL OFFICE LOCATION:
SUITE 400
824 MARKET STREET
WILMINGTON, DE 19801-3588
302-252-2950
FAX: 302-573-6658

BRANCH OFFICE LOCATION:
ROOM 2201, FEDERAL BLDG.
300 S. NEW STREET
DOVER, DE 19904
302-677-0633
FAX: 302-677-0640

## MEMORANDUM

*CR06-04-UNA*

TO:    United States District Judge
       (Judge to be assigned)

RE:    MONROE BARRETT
       Dkt. No.: 0208/1:95CR1024(MGC) (SD/NY)
       **TRANSFER OF JURISDICTION**

---

The above noted offender appeared before the Miriam Goldman Cedarbaum, United States District Judge for the Southern District of New York, on May 27, 1997, to be sentenced on single counts of possession with intent to distribute "crack" cocaine and possession with intent to distribute cocaine subsequent to the defendant entering guilty pleas to both counts. The defendant was sentenced to a 121-month term of imprisonment to be followed by a five-year term of supervised release. The defendant commenced his term of supervised release in the District of Delaware, on November 2, 2004.

The Southern District of New York initiated transfer of jurisdiction proceedings. On December 14, 2005, the Honorable Miriam Goldman Cedarbaum signed the Transfer of Jurisdiction (Prob 22). This office also recommends that a transfer of jurisdiction is appropriate in this case.

Should Your Honor agree with the transfer of jurisdiction recommendation, please find attached one original and one certified copy of the Transfer of Jurisdiction (Prob 22) documents for signature.

A copy of the Judgment Order is also attached.

This office remains available to discuss any issues regarding this matter with Your Honor.

RE: Monroe Barret
January 17, 2006
Transfer of Jurisdiction

                                                     Respectfully submitted

                                                     Ellen J. Krause, Chief
                                                     U. S. Probation Officer

                                                     Frank J. Kurzeknabe
                                                     U. S. Probation Officer

Reviewed and Approved:


John Selvaggi
Supervising U.S. Probation Officer

FJK/kak
Enclosures