PROB 12
(Rev. 2/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Monroe Barrett, )<br>)<br>Defendant. ) | Criminal Action No. CR06-04 SLR |

### Petition on Probation and Supervised Release

COMES NOW Frank Kurzeknabe PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Monroe Barrett who was placed on supervision by the Honorable Miriam Goldman Cedarbaum. sitting in the court at New York, on the 27th day of May, 1997 who fixed the period of supervision at 5 Years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant shall pay a $100.00 special assessment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Above probation officer has reason to believe that Monroe Barrett has violated the terms and conditions of his supervised release under such circumstances that may warrant revocation of his supervised release. These conditions are:

Mandatory Condition : "While on supervised release, you shall not commit another Federal, state, or local crime. The defendant shall not illegally possess a controlled substance".

Standard Condition No. 7: "The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substance, except as prescribed by a physician."

Evidence: The defendant was arrested by Delaware River and Bay Authority on June 22, 2005, and charged with Owner/Driver Unqualified to Operate Vehicle, Failure to Have License Plate Light, Failure to Have Insurance Identification in Possession, Possession With Intent to Deliver a Nonnarcotic Schedule I Controlled Substance, No Proof of Insurance, Failure to Have Registration Card in Possession, Resisting Arrest, and Maintaining a Vehicle for Keeping Controlled Substances. These offenses allegedly occurred on June 22, 2005. The defendant entered a guilty plea pursuant to a plea agreement to the misdemeanor charges of Possession and Use of Nonnarcotic Schedule I Controlled Substance (marijuana) and Resisting Arrest. On April 4, 2006, the defendant was sentenced in the Superior Court for New Castle County to a one year term of probation. The remaining charges were nolle prossed. The defendant was represented by legal counsel. The offense conduct, arrest, conviction and sentencing all occurred during the defendant's present probation term imposed by the Court on May 27, 1997.

PRAYING THAT THE COURT WILL ORDER ... that a summons be issued for Monroe Barrett and that a Revocation Hearing be scheduled upon his Initial Appearance to determine if he is in violation of the conditions of his supervised release.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct |
|---|---|
| Considered and ordered this __10th__ day of __May__, 2006.<br><br>_____<br>Chief United States District Judge | _____<br>U.S. Probation Officer<br><br>5/8/06<br>_____<br>Wilmington, Delaware<br>Date: May 8, 2006 |