AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

RECEIVED
2006 MAY 10  P 3:05

DISTRICT OF     DELAWARE

UNITED STATES OF AMERICA
V.
MONROE BARRETT

Wilmington, DE

REDACTED

**SUMMONS IN A CRIMINAL CASE**

Case Number:    06CR04-SLR

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 N. King Street<br>Wilmington, DE 19801 | #100 U.S. Marshal's Office - Deft.<br>**To Report By: 12:00 p.m.** |
| Before:    THE HONORABLE MARY PAT THYNGE, U.S. MAGISTRATE JUDGE | Date and Time<br>5/25/06 1 p.m. |

To answer a(n)
- ☐ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Violation Notice
- x   Supervised Release Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

_Francesca Tassone, Deputy Clerk_    5/10/06
Signature of Issuing Officer           Date

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date<br>Service was made by me |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Via Cert mail

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  5-18-06
         Date

DW Thomas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

D.I. # _____

# CIVIL ACTION NUMBER: _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website

7004 1160 0006 7939 8302

Postage  $
Certified Fee
Return Receipt
(Endorsement Required)
Restricted
(Endorsement Required)

Postmark Here

Monroe Barrett
Wilmington, DE

5/16

Sent To
Street, Apt. No.
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Monroe Barrett**

**Wilmington, DE**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Monroe Barrett_    ☐ Agent    ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Monroe Barrett_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[WILMINGTON DE MAY 17 2006 USPS 19809 postmark]

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. 7004 1160 0006 7939 8302

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540