IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-004-SLR |
| | ) | |
| MONROE BARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

At Wilmington this 1st day of June, 2006,

IT IS ORDERED that the hearing to consider revocation of supervised release is scheduled for **Thursday, June 8, 2006** at **4:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                   _____
                                                   United States District Judge