IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-04 SLR |
| | : | |
| MONROE BARRETT, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO CONTINUE
VIOLATION OF SUPERVISED RELEASE HEARING**

The defense respectfully requests that the Court continue the violation of supervised release hearing in this matter. In support of this motion the following is submitted:

1. Mr. Monroe Barrett faces a violation of supervised release.

2. Mr. Monroe Barrett appeared on June 1, 2006 in front of U.S. Magistrate Judge Mary Pat Thynge and was released by the Court.

3. Counsel is unavailable on June 8, 2006, which is scheduled as the hearing date to determine if he is in violation of the conditions of his supervised release.

4. The Government does not object to the Defense's request.

WHEREFORE, for these reasons and any other such reasons as shall appear to the Court, the defense respectfully requests that this Court, in the interests of justice, continue the Violation of Supervised Release hearing.

Respectfully Submitted,

/s/
Penny Marshall, Esquire
Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801

DATED:    June 1, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-04 SLR |
| | : | |
| | : | |
| MONROE BARRETT | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Defendant's Motion for Continuance of Violation of Supervised Release Hearing is available for public viewing and downloading and was electronically delivered on June 1, 2006 to:

>Leonard P. Stark, Esquire
>Assistant U.S. Attorney
>1007 Orange Street
>Suite 700, P.O. Box 2046
>Wilmington, DE  19899-2046

>/s/_____
>Penny Marshall, Esquire
>Federal Public Defender
>704 King St., Suite 110
>Wilmington, Delaware  19801

DATED:     June 1, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-04-SLR |
| MONROE BARRETT, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Motion for Continuance of Violation of Supervised Release Hearing,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that Defendant Barrett's Violation hearing be rescheduled for _____ at _____ a.m./p.m.

 

                                                                         Honorable Sue L. Robinson
                                                                         United States District Court