IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-04-SLR |
| | : | |
| MONROE BARRETT | : | |
| | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Leonard P. Stark, Assistant U.S. Attorney, as attorney of record for the United States and enter the appearance of Shannon T. Hanson, Assistant United States Attorney, in the above-captioned case.

                                                    Respectfully submitted,

                                                    COLM F. CONNOLLY
                                                    United States Attorney

                                    BY:      /s/                 
                                                   Shannon T. Hanson
                                                   Assistant United States Attorney

Dated: June 2, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-04-SLR |
| | : | |
| MONROE BARRETT | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 2nd day of June, 2006, I caused to be electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

> Penny Marshall, Esquire
> Federal Public Defender
> First Federal Plaza
> 704 King Street, Suite 110
> Wilmington, DE 19801

/s/ _____
Marie Steel
Legal Assistant