IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-004-SLR |
| | ) | |
| MONROE BARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

At Wilmington this *2d* day of June, 2006, having reviewed defendant's unopposed motion to continue the revocation hearing;

IT IS ORDERED that said motion is granted.

IT IS FURTHER ORDERED that the hearing to consider revocation of supervised release scheduled for **June 8, 2006** is **cancelled** and **rescheduled** for Monday, **June 26, 2006** at **8:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge