IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-04-003-SLR |
| | ) | |
| MONROE BARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER MODIFING SUPERVISED RELEASE**

At Wilmington this 26+ of June, 2006, defendant, represented by counsel, attended a hearing held in the above captioned case for alleged violations of the conditions of supervised release;

IT IS ORDERED that:

1. The defendant is adjudged guilty of the violations of his conditions of supervised release.

2. Sentencing of defendant is postponed until **Wednesday, December 20, 2006 at 4:30 p.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. IT IS ADJUDGED that:

   a) The defendant is hereby placed on curfew from **8:00 p.m. to 6:00 a.m., seven days a week**. This curfew is subject to modification by the court.

   b) Defendant shall participate in a program for drug

treatment, at the direction of the probation officer, which may include testing.

All other terms and conditions of supervised release shall remain in effect.

                                                                      _____
                                                               United States District Judge