IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-04-SLR |
| | ) |
| MONROE BARRETT, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 18th day of September, 2006, having conferred with the office of U.S. Probation and Pretrial Services;

IT IS ORDERED that the sentencing of defendant scheduled for **December 20, 2006** is **cancelled** and **rescheduled** to commence on **Tuesday, October 17, 2006** at **8:30 a.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                                     _____
                                                                                     United States District Judge