UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-04-SLR |
| | : | |
| MONROE BARRETT, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**AMENDED SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and

enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Monroe Barrett,

in the above-captioned matter.


/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Acting Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801


DATED:  October 5, 2006

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney for defendant Monroe Barrett hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on October 5, 2006, to:

Shannon Thee Hanson, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE  19801

 /s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Acting Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  October 5, 2006