IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MONROE BARRETT,<br><br>                Defendant. | :<br>:<br>:<br>:<br>:  Criminal Action No. 06-04-SLR<br>:<br>:<br>:<br>: |

### PETITION FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    The United States of America, by its attorney, Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, respectfully shows:

    1. On May 10, 2006, a Petition on Probation and Supervised Release was filed in the District Court of Delaware charging Monroe Barrett, defendant herein, with violating the conditions of his federal supervised release.

    2. On June 26, 2006 a hearing was held before the Honorable Sue L. Robinson, Chief Judge for the U.S. District Court for the District of Delaware, at which time Barrett pled guilty to the charged violation of supervised release. Sentencing was postponed until December 20, 2006. In the interim, on September 7, 2006, the defendant was arrested by the Wilmington Police Department on charges of possession of drug paraphernalia and possession of a deadly weapon (firearm) by a person prohibited.

    3. Accordingly, in light of the new changes, the defendant's sentencing on the original violation of supervised release has been rescheduled to October 17, 2006 at 8:30 A.M.

    4. Monroe Barrett is currently incarcerated at Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware, as a sentenced Delaware State prisoner.

a writ of habeas corpus ad prosequendum to the United States Marshal, District of Delaware, and to the Warden of the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware, to bring Monroe Barrett before the Court on October 17, 2006 at 8:30 A.M., and to be returned to the Warden of the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware, at the conclusion of all proceedings in this matter.

Respectfully submitted:

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: September 27, 2006

**IT IS SO ORDERED** this 28 day of September , 2006.

_____
HONORABLE SUE L. ROBINSON
United States District Court Judge

Honorable Mary Pat Thynge
United States Magistrate Judge