UNITED STATES OF AMERICA )
                         :    RE: CR 06-04-SLR
DISTRICT OF DELAWARE     )

THE PRESIDENT OF THE UNITED STATES OF AMERICA;

    To the Warden of the HOWARD R. YOUNG CORRECTIONAL FACILITY ( Gander Hill ) in Wilmington, DE  and to David W. Thomas, United States Marshal, District of Delaware, his deputy and assistant.

    GREETINGS:

    YOU ARE HEREBY COMMANDED to have the body of one **MONROE BARRETT** detained in the HOWARD R. YOUNG CORRECTIONAL FACILITY and under your custody, as it is said, under safe and secure conduct, for SENTENCING  at the District Court of the United States for the District of Delaware,  in the United States Court House, in the City of Wilmington in said District, on OCTOBER 17,2006  at 8:30 AM., and immediately after the SENTENCING the said **MONROE BARRETT**  be returned to the Warden of the HOWARD R. YOUNG CORRECTIONAL FACILITY in Wilmington, DE, under safe conduct.

    And have you then and there this writ.

    WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the United States District Court for the District of Delaware, at Wilmington in said District, this 28th day of September, 2006.

                              PETER T. DALLEO, CLERK

                              By: _____
                                  Deputy Clerk



FILED
OCT 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE